1  BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, SBN 141996
   Amy Jo Bull, State Bar No. 135939
3  384 Embarcadero West, Suite 200
   Oakland, California 94106
4  Telephone:  (510) 268-6180
   Facsimile:   (510) 268-6181
5  Attorneys for Plaintiff

6  Attorneys for Plaintiff
   TAMMY UTOAFILI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUMAOE ("TAMMY") UTOAFILI<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRIDENT SEAFOODS CORPORATION;M/V INDEPENDENCE, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | CASE NO. C-09-2575 SC<br><br>**SUBSTITUTION OF COUNSEL** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff TAUMAOE ("TAMMY") UTOAFILI

hereby substitutes:

BRODSKY MICKLOW BULL & WEISS LLP

384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone:  (510) 268-6180
Facsimile:   (510) 268-6181,

as her attorneys of record herein in place and instead of:

```
1   BANNING MICKLOW & BULL LLP
    (Now BANNING LLP)
2
    384 Embarcadero West, Suite 200
3
    Oakland, California 94607-3704
4   Telephone:  (510) 268-6180
    Facsimile:  (510) 268-6181
5
                   Dec
6   DATED:  ~~October~~ ___, 2009       By _____
                                          TAUMAOE ("TAMMY") UTOAFILI
7
```

        I consent to the above substitution.

                                        BANNING LLP (formerly known as)
                                        BANNING MICKLOW & BULL LLP

        DATED:  October 12, 2009        By _____
                                          WILLIAM L. BANNING

        Above substitution accepted.

        DATED:  October 12, 2009        BRODSKY MICKLOW BULL & WEISS LLP

                                        By _____
                                          EDWARD M. BULL III

*IT IS SO ORDERED*
Judge Samuel Conti
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA