1 | BRODSKY MICKLOW BULL & WEISS LLP
Eugene A. Brodsky, State Bar No. 36691
2 | Edward M. Bull III, SBN 141996
384 Embarcadero West, Suite 200
3 | Oakland, California 94106
Telephone:  (510) 268-6180
4 | Facsimile:   (510) 268-6181

5 | Attorneys for Plaintiff
TAMMY UTOAFILI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAUMAOE ("TAMMY") UTOAFILI | CASE NO.  C-09-2575 SC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| TRIDENT SEAFOODS CORPORATION;M/V INDEPENDENCE, her engines, tackle, apparel, furniture, and appurtenances, and DOES 1 through 10, inclusive, | **[Fed. R. Civ. P. Rule 41(a)(1)]** |
| Defendants. | |

Whereas the parties to this action have agreed to a settlement of all claims and all settlement funds have been paid to the Plaintiff,

IT IS HEREBY STIPULATED by and among Plaintiff TAUMAOE ("TAMMY") UTOAFILI ("Plaintiff") and Defendant TRIDENT SEAFOODS CORPORATION  ("Defendant"), through their respective counsel of record that this action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with each party to bear his or its own attorney's fees and costs.

1

STIPULATION and ORDER OF DISMISSAL                                          Case No. C-09-2575 SC

| | | |
|---|---|---|
| 1 | DATED:      March 17, 2010 | BRODSKY MICKLOW BULL & WEISS LLP |
| 2 | | |
| 3 | | By   /S/ Edward M. Bull III<br>         Edward M. Bull Iii |
| 4 | | Attorneys for Plaintiff<br>TAMMY UTOAFILI |

DATED:      March 17, 2010          ENGLAND PONTICELLO & ST.CLAIR

By:   /S/ Barry W. Ponticello
         Barry W. Ponticello

Attorneys for Defendant
TRIDENT SEAFOODS CORPORATION

### CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to Barry W. Ponticello, and that he authorized me to sign the document on his behalf.

/S/ Edward M. Bull III

**IT IS SO ORDERED**

DATED:   March 22, 2010

_[signature]_

UNITED STATES DISTRICT JUDGE

2

STIPULATION and ORDER OF DISMISSAL                    Case No. C-09-2575 SC